**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

───────────

**No. 98-2145**

───────────

DONALD J. STRABLE,

Plaintiff - Appellant,

versus

UNITED STATES OF AMERICA,

Defendant - Appellee.

───────────

Appeal from the United States District Court for the District of
South Carolina, at Greenville.  G. Ross Anderson, Jr., District
Judge.  (CA-98-1665-6-13AK)

───────────

Submitted:  September 30, 1998      Decided:  October 14, 1998

───────────

Before ERVIN, LUTTIG, and WILLIAMS, Circuit Judges.

───────────

Affirmed by unpublished per curiam opinion.

───────────

Donald J. Strable, Appellant Pro Se.

───────────

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Donald J. Strable appeals the district court's order denying relief on his 42 U.S.C.A. § 1983 (West Supp. 1998) complaint. We have reviewed the record and the district court's opinion accepting the recommendation of the magistrate judge and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>Strable v. United States</u>, No. CA-98-1665-6-13AK (D.S.C. July 10, 1998). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>